## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA
## BRUNSWICK DIVISION

|  |  |  |
|---|---|---|
| FRED W. SPAULDING | ) | |
| | ) | |
| | ) | |
| | ) | |
| v. | ) | Case No.  CV206-133 |
| | ) | |
| HONEYWELL INTERNATIONAL,INC. | ) | |
| *formerly known as* ALLIEDSIGNAL,INC. and | ) | |
| *formerly known as* ALLIED CHEMICAL CORP) | | |

---

## O R D E R

---

Upon consideration of the following motions with the appropriate pleading

numbers listed, said motions are dismissed as moot in view of a settlement between

the parties.

Motion for Partial Summary Judgment #07.

Motion for Judgment on the Pleadings # 09.

SO ORDERED this 8th day of _February_ , 2007.

_____

ANTHONY A. ALAIMO

UNITED STATES DISTRICT JUDGE

SOUTHERN DISTRICT OF GEORGIA